United States Bankruptcy Court

Central District of California

In re:  Case No. 26-10238-WB
David Kenji Yakura Pentland  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jan 12, 2026      Form ID: 309A      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | David Kenji Yakura Pentland, 305 N Chandler Ave, Monterey Park, CA 91754-1505 |
| 42875467 | | AMS Fulfillment, Confirm Accuracy of address, 29010 Commerce Center Dr, Valencia, CA 91355-4188 |
| 42875469 | + | Blade Funding, 18851 NE 29th Ave, Miami, FL 33180-2847 |
| 42875470 | + | Brian Pentland and Elaine Yakura, 2121 Woodfield Rd, Okemos, MI 48864-5224 |
| 42875474 | | David Ryono, 1760 Curtis Ave, Manhattan Bch, CA 90266-7025 |
| 42875475 | # | Esq. David Fogel, 1225 Franklin Ave Ste 201, Garden City, NY 11530-1890 |
| 42875476 | | Fluffnest Games, Inc., 305 N Chandler Ave, Monterey Park, CA 91754-1505 |
| 42875477 | | Fluffnest, Inc., 305 N Chandler Ave, Monterey Park, CA 91754-1505 |
| 42875479 | + | Funding Futures, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 42875483 | | Jared Foreman, Music Hear, LLC, 2371 Boalt Ave, Simi Valley, CA 93063-2826 |
| 42875484 | | Lily Yang, 305 N Chandler Ave, Monterey Park, CA 91754-1505 |
| 42875486 | + | MPI Law, P.C., 505 N Tustin Ave Ste 282, Santa Ana, CA 92705-3712 |
| 42875485 | + | ModSquad, 2018 19th St, Sacramento, CA 95818-1619 |
| 42875487 | | Ningbo BeejaytToys, Room 901-2 South 9-1 No. 288 XILU, Road Zhuangshi Street Zhenhai, District Ningbo Zhejiang China |
| 42875489 | | R8S Entertainment, Ltd., c/o Amit Rana, Esq., 101 California St Ste 3800, San Francisco, CA 94111-5865 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: misty@mpilawfirm.com | Jan 13 2026 01:18:00 | Misty A Perry Isaacson, MPI Law, P.C., 505 N. Tustin, Suite 282, Santa Ana, CA 92705 |
| tr | + | EDI: BCADYE | Jan 13 2026 06:00:00 | Carolyn A Dye (TR), Law Offices of Carolyn Dye, 15030 Ventura Blvd., Suite 527, Sherman Oaks, CA 91403-5470 |
| smg | | EDI: EDD.COM | Jan 13 2026 06:06:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 13 2026 06:06:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jan 13 2026 01:18:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42875466 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 01:26:44 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42875465 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 01:26:15 | American Express, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 42875468 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 13 2026 01:19:00 | Apple Card (Goldman Sachs), Po Box 7247, Philadelphia, PA 19170-6112 |
| 42875471 | | EDI: JPMORGANCHASE | Jan 13 2026 06:00:00 | Chase Amazon Prime, Po Box 15298, Wilmington, DE 19850-5298 |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: 309A | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 42875472 | + EDI: JPMORGANCHASE | Jan 13 2026 06:00:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 42875478 | + EDI: CALTAX.COM | Jan 13 2026 06:06:00 | Franchise Tax Board, PO Box 942840, Sacramento, CA 94267-0001 |
| 42875480 | Email/Text: BNCnotices@bblawpllc.com | Jan 13 2026 01:19:00 | Funding Futures, c/o Berkovitch & Bouskila, PLLC, 1545 Route 202 Ste 101, Pomona, NY 10970-2951 |
| 42875481 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 13 2026 01:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 42875482 | EDI: IRS.COM | Jan 13 2026 06:00:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 42875488 | Email/Text: recovery@paypal.com | Jan 13 2026 01:18:00 | PayPay Working Capital, Attn: Executive Escalation, Po Box 45950, Omaha, NE 68145-0950 |
| 42875490 | Email/Text: Recovery_Operations@shopify.com | Jan 13 2026 01:18:00 | Shopify Capital, 100 Shockoe Slip 2nd Floor, Richmond, VA 23219 |
| 42875491 | EDI: SYNC | Jan 13 2026 06:00:00 | Synchrony Bank, Po Box 71725, Philadelphia, PA 19176-1725 |
| 42875492 | EDI: SYNC | Jan 13 2026 06:00:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42875473 | * | David Kenji Yakura Pentland, 305 N Chandler Ave, Monterey Park, CA 91754-1505 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2026         Signature:      /s/Gustava Winters

### Information to identify the case:

| | | |
|---|---|---|
| **Debtor 1:** | David Kenji Yakura Pentland<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4908<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Central District of California | Date case filed for chapter:   7   1/12/26 |
| Case number: | 2:26-bk-10238-WB | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   05/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Kenji Yakura Pentland | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 305 N Chandler Ave<br>Monterey Park, CA 91754–1505 | |
| 4. | **Debtor's attorney**<br>Name and address | Misty A Perry Isaacson<br>MPI Law, P.C.<br>505 N. Tustin<br>Suite 282<br>Santa Ana, CA 92705 | Contact phone 714–541–6072<br><br>Email: misty@mpilawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carolyn A Dye (TR)<br>Law Offices of Carolyn Dye<br>15030 Ventura Blvd., Suite 527<br>Sherman Oaks, CA 91403 | Contact phone 818–287–7003<br><br>Email: trustee@cadye.com |

5/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours Open:  9:00 AM – 4:00 PM<br><br>Contact phone 855-460-9641<br><br>Dated: 1/12/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 17, 2026 at 08:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 393 921 9950, and Passcode 5143532788, OR call 1 213 592 3167**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/20/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

| | | |
|---|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.

**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. | |

**For more information, see pages 1 and 2 >**