**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **2:26-bk-10238**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*...................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | **$48,757.17** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*...................................................... | **$48,757.17** |

### Part 2:  Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$131,359.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $336,809.28** |
| **Your total liabilities** | **$468,168.28** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................................ | **$3,000.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | **$2,862.69** |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number    **2:26-bk-10238**

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No. Go to Part 2.

    ☐ Yes. Where is the property?

    1.1  _____

    Street address, if available, or other description

    _____

    _____

    City        State      ZIP Code

    _____

    County

    **What is the property?** Check all that apply.

    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.

    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Other information you wish to add about this item, such as local property identification number: _____

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property? _____

    Current value of the portion you own? _____

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

    _____

    ☐ Check if this is community property (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................➜ **$0.00**

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☑ No

    ☐ Yes

Debtor **Pentland, David Kenji Yakura**                                                    Case number *(if known)* 2:26-bk-10238

---

| 3.1 | Make: | _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?                Current value of the portion you own?

_____                _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

4.1 Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?                Current value of the portion you own?

_____                _____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................................➔   | **$0.00** |

---

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   | Misc. household goods and furnishings |   | **$600.00** |

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........   | Misc. household electronics (laptop, phone, headphones) |   | **$600.00** |

---

Debtor **Pentland, David Kenji Yakura**      Case number *(if known)* **2:26-bk-10238**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | Household collectibles and pictures | $50.00 |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | Bicycle | $200.00 |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Misc. wearing apparel and accessories | $200.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. ..............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................... ➜ | $1,650.00 |

**Part 4:**    Describe Your Financial Assets

Debtor  **Pentland, David Kenji Yakura**                                     Case number *(if known)*  **2:26-bk-10238**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ..................................................................................................................................... Cash: ..................   **$40.00**

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                  Institution name:

                                      **BMO**

17.1. Checking account:   **Account Number: XXXXXX5792**                                              **$68.00**

**18.** **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................   Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...................   Name of entity:                          % of ownership:

    **Fluffnest Games, Inc.**                                          **50.00%**
    **50% ownership interest**                                                                **$0.00**

    **Fluffnest, Inc.**                                                     **30.00%**
    **30% ownership interest**                                                                **$0.00**

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................   Issuer name:

Official Form 106A/B                                **Schedule A/B: Property**                                page **4**

Debtor    **Pentland, David Kenji Yakura**                                    Case number *(if known)* **2:26-bk-10238**

---

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
    account separately.    Type of account:        Institution name:

    IRA:        **Vanguard** _____    **$46,999.17**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
         others

☑ No

☐ Yes ..................    Institution name or individual:

        Electric: _____    _____

        Gas: _____    _____

        Heating oil: _____    _____

        Security deposit on rental unit: _____    _____

        Prepaid rent: _____    _____

        Telephone: _____    _____

        Water: _____    _____

        Rented furniture: _____    _____

        Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................    Issuer name and description:

        _____    _____

        _____    _____

        _____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

        _____    _____

        _____    _____

        _____    _____

---

Official Form 106A/B                            **Schedule A/B: Property**                            page **5**

Debtor  **Pentland, David Kenji Yakura**

Case number *(if known)* **2:26-bk-10238**

---

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
    information about them. ...

---

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
    information about them. ...

---

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
    information about them. ...

---

**Money or property owed to you?**

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |

---

28.  **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

Federal:

State:

Local:

---

29.  **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
            settlement

☑ No

☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

---

30.  **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
            Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

---

Debtor    **Pentland, David Kenji Yakura**                                    Case number *(if known)*    **2:26-bk-10238**

---

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
       of each policy and list its value. ...    Company name:              Beneficiary:              Surrender or refund value:

                                                **Kaiser Permanente Health
                                                Insurance**                **Debtor**                            **$0.00**

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off
    claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** ...................................................................    ➜    **$47,107.17**

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

                                                                                                    **Current value of the
                                                                                                    portion you own?**
                                                                                                    Do not deduct secured
                                                                                                    claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

---

Official Form 106A/B                                **Schedule A/B: Property**                                page 7

Debtor    **Pentland, David Kenji Yakura**                    Case number *(if known)* **2:26-bk-10238**

---

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. ..........

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. ..........

---

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. ..........

---

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                                         % of ownership:

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. ..........

---

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information .........

---

Debtor    **Pentland, David Kenji Yakura**                                    Case number *(if known)* 2:26-bk-10238

---

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ......................................................................    ➔    | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ☐ Yes ..........................

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific
   information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes ..........................

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ☐ Yes ..........................

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
   information. ............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ......................................................................    ➔    | $0.00 |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

Debtor   **Pentland, David Kenji Yakura**                                 Case number *(if known)* **2:26-bk-10238**

---

☑ No

☐ Yes. Give specific
information. ...........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➔   | $0.00 |

---

| **Part 8:** | List the Totals of Each Part of this Form |

55.   **Part 1: Total real estate, line 2** ........................................................................................................... ➔   | $0.00 |

56.   **Part 2: Total vehicles, line 5**                                            $0.00

57.   **Part 3: Total personal and household items, line 15**                      $1,650.00

58.   **Part 4: Total financial assets, line 36**                                  $47,107.17

59.   **Part 5: Total business-related property, line 45**                         $0.00

60.   **Part 6: Total farm- and fishing-related property, line 52**               $0.00

61.   **Part 7: Total other property not listed, line 54**            +            $0.00

62.   **Total personal property.** Add lines 56 through 61. ...............   | $48,757.17 |   Copy personal property total ➔   + | $48,757.17 |

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................   | $48,757.17 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central** | District of **California** |
| Case number | **2:26-bk-10238** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                   04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Misc. household goods and furnishings** | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Line from *Schedule A/B*: **6** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

| Debtor 1 | David | Kenji Yakura | Pentland | Case number *(if known)* 2:26-bk-10238 |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Misc. household electronics (laptop, phone, headphones)** Line from *Schedule A/B*: **7** | **$600.00** | ☑ **$600.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description: **Household collectibles and pictures** Line from *Schedule A/B*: **8** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Bicycle** Line from *Schedule A/B*: **9** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Misc. wearing apparel and accessories** Line from *Schedule A/B*: **11** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description: **Cash on hand** Line from *Schedule A/B*: **16** | **$40.00** | ☑ **$40.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **BMO** **Checking account** **Acct. No.: XXXXXX5792** Line from *Schedule A/B*: **17** | **$68.00** | ☑ **$68.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Vanguard** Line from *Schedule A/B*: **21** | **$46,999.17** | ☑ **$46,999.17** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(E)** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number (if known) **2:26-bk-10238** _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number   **2:26-bk-10238**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Franchise Tax Board** | Last 4 digits of account number   **4   9   0   8** | $33,464.00 | $27,480.00 | $5,984.00 |

Priority Creditor's Name

**PO Box 942840**          When was the debt incurred?          **2022**

Number          Street

_____          As of the date you file, the claim is: Check all that apply.

**Sacramento, CA 94267**          ☐ Contingent
City          State          ZIP Code          ☐ Unliquidated
          ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only          **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only          ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only          ☑ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another          ☐ Claims for death or personal injury while you were intoxicated
☐ **Check if this claim is for a**          ☐ Other. Specify _____
   **community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **2:26-bk-10238** |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

| **Internal Revenue Service** | Last 4 digits of account number | **4  9  0  8** | **$97,895.00** | **$97,895.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**Po Box 7346**

When was the debt incurred?     **2022**

Number          Street

_____

**Philadelphia, PA 19101-7346**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **2:26-bk-10238** |

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1** **American Express**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6   8   3   3**          **$49,672.00**

**When was the debt incurred?**          **8/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**4.2** **American Express**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   6   4   3**          **$14,613.00**

**When was the debt incurred?**          **5/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3** **AMS Fulfillment**

Nonpriority Creditor's Name

**Confirm Accuracy of address**

**29010 Commerce Center Dr**

Number          Street

**Valencia, CA 91355-4188**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  **2024-2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Total claim** $0.00

**Remarks:** Business debt listed for notice purposes

**4.4** **Blade Funding**

Nonpriority Creditor's Name

**18851 NE 29th Ave**

Number          Street

**Miami, FL 33180-2808**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  **2  0  2  4**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Judgment**

$162,680.00

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **4** of **14**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* | **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.5**

| **Brian Pentland and Elaine Yakura** | Last 4 digits of account number  ___ ___ ___ ___ | $0.00 |
|---|---|---|

Nonpriority Creditor's Name

**2121 Woodfield Rd**

When was the debt incurred?   **2024**

Number        Street

**Okemos, MI 48864**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt listed for notice purposes

**4.6**

| **Chase Card Services** | Last 4 digits of account number   0  8  0  6 | $24,726.00 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?   **7/1/2019**

**PO Box 15298**

Number        Street

**Wilmington, DE 19850**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **2:26-bk-10238** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.7**  **David Ryono**                                      **Total claim** $0.00

Nonpriority Creditor's Name

**1760 Curtis Ave**

Number          Street

**Manhattan Bch, CA 90266-7025**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   9   6   0**

**When was the debt incurred?**          **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Remarks:** Business Debt listed for notice purposes

---

**4.8**  **Funding Futures**                                      $69,037.28

Nonpriority Creditor's Name

**1545 Route 202 Suite 101**

Number          Street

**Pomona, NY 10970**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2   0   2   5**

**When was the debt incurred?**          **2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **2:26-bk-10238** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.9**

**Goldman Sachs Bank USA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 70379**
Number          Street

**Philadelphia, PA 19176-0379**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8   1   4   3**          **$4,913.00**

When was the debt incurred?          **1/1/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **CreditCard**

---

**4.10**

**Jared Forman**
Nonpriority Creditor's Name

**See Music Hear, LLC**

**2371 Boalt Ave**
Number          Street

**Simi Valley, CA 93063-2826**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___          **$0.00**

When was the debt incurred?          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Debt**

**Remarks:** Business Debt listed for notice purposes

---

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* | **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                  **Total claim**

---

**4.11**    **ModSquad**                                                                        $0.00

Nonpriority Creditor's Name

**2018 19th St**

Number            Street

**Sacramento, CA 95818**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**            2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

**Remarks:** Business Debt listed for notice purposes

---

**4.12**    **Ningbo BeejaytToys**                                                              $0.00

Nonpriority Creditor's Name

**Room 901-2 South 9-1 No. 288 XILU**

**Road Zhuangshi Street Zhenhai**

Number            Street

**District Ningbo Zhejiang China,**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**            2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

**Remarks:** Business Debt listed for notice purposes

---

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.13** | **PayPay Working Capital** | | Last 4 digits of account number ___ ___ ___ ___ | **$0.00**

Nonpriority Creditor's Name

**Attn: Executive Escalation** | When was the debt incurred? **2024**

**Po Box 45950**

Number    Street

As of the date you file, the claim is: Check all that apply.

**Omaha, NE 68145-0950**

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt listed for notice purposes

---

**4.14** | **R8S Entertainment, Ltd.** | | Last 4 digits of account number ___ ___ ___ ___ | **unknown**

Nonpriority Creditor's Name

**c/o Amit Rana, Esq.** | When was the debt incurred? **2023/2024**

**101 California St Ste 3800**

Number    Street

As of the date you file, the claim is: Check all that apply.

**San Francisco, CA 94111-5865**

City    State    ZIP Code

☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Pending litigation Los Angeles Superior Court Case No. 25STCV14372

---

Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page **9** of **14**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* | **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.15**

**Shopify Capital**
Nonpriority Creditor's Name

**100 Shockoe Slip 2nd Floor**

Number          Street

**Richmond, VA 23219**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

**Remarks:** Business debt listed for notice purposes

---

**4.16**

**Synchrony/PayPal Credit**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **6   6   6   7**          **$11,168.00**

**When was the debt incurred?**          **11/1/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

Debtor 1    **David**            **Kenji Yakura**        **Pentland**
             First Name          Middle Name             Last Name          Case number *(if known)* **2:26-bk-10238**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.17**  **Tiger Borgia**                                        Last 4 digits of account number  ___ ___ ___ ___        **$0.00**
         Nonpriority Creditor's Name

                                                        When was the debt incurred?        **2025**

         Number          Street

                                                        **As of the date you file, the claim is:** Check all that apply.

         City            State            ZIP Code     ☐ Contingent
                                                        ☐ Unliquidated
         **Who incurred the debt?** Check one.          ☐ Disputed

         ☑ Debtor 1 only                                **Type of NONPRIORITY unsecured claim:**
         ☐ Debtor 2 only                                ☐ Student loans
         ☐ Debtor 1 and Debtor 2 only                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as
         ☐ At least one of the debtors and another        priority claims
         ☐ **Check if this claim is for a community debt** ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other. Specify  **Business Debt**
         **Is the claim subject to offset?**

         ☑ No
         ☐ Yes

         **Remarks:** Business Debt listed for notice purposes

Debtor 1    **David**          **Kenji Yakura**      **Pentland**                  Case number *(if known)* **2:26-bk-10238**
            First Name       Middle Name        Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a
    collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection
    agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If
    you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1**  **American Express**
Name

**PO Box 981535**
Number       Street


**El Paso, TX 79998**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   0   0   2**

---

**2**  **American Express**
Name

**PO Box 981535**
Number       Street


**El Paso, TX 79998**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   0   0   2**

---

**3**  **David Fogel, Esq.**
Name

**1225 Franklin Ave Ste 201**
Number       Street


**Garden City, NY 11530-1890**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   0   2   4**

---

**4**  **Chase Amazon Prime**
Name

**Po Box 15298**
Number       Street


**Wilmington, DE 19850-5298**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   8   0   6**

---

**5**  **Funding Futures**
Name

**c/o Berkovitch & Bouskila, PLLC**

**1545 Route 202 Ste 101**
Number       Street
**Pomona, NY 10970-2951**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   0   2   5**

---

**6**  **Apple Card (Goldman Sachs)**
Name

**Po Box 7247**
Number       Street


**Philadelphia, PA 19170-6112**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**7.** **Synchrony Bank**

Name

**Po Box 71725**

Number       Street


**Philadelphia, PA 19176-1725**

City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      **6   6   6   7**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | **$0.00** |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | **$131,359.00** |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | **$0.00** |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | Total. Add lines 6a through 6d. | 6e. | **$131,359.00** |

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | **$0.00** |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | **$0.00** |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | **$0.00** |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$336,809.28** |
| | 6j. | Total. Add lines 6f through 6i. | 6j. | **$336,809.28** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California**

Case number  **2:26-bk-10238**
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number        Street | |
| City        State        ZIP Code | |
| **2.2** | |
| Name | |
| Number        Street | |
| City        State        ZIP Code | |
| **2.3** | |
| Name | |
| Number        Street | |
| City        State        ZIP Code | |
| **2.4** | |
| Name | |
| Number        Street | |
| City        State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____

Case number **2:26-bk-10238**
(if known)

☐ Check if this is an
  amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☑ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City             State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Fluffnest Games, Inc.** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line **4.4** |
| **305 N Chandler Ave** | |
| Number          Street | ☐ Schedule G, line _____ |
| **Monterey Park, CA 91754-1505** | |
| City       State       ZIP Code | |
| **3.2** **Fluffnest, Inc.** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line **4.3, 4.4, 4.8, 4.13** |
| **305 N Chandler Ave** | |
| Number          Street | ☐ Schedule G, line _____ |
| **Monterey Park, CA 91754-1505** | |
| City       State       ZIP Code | |

Debtor 1    __David__        __Kenji Yakura__        __Pentland_____    Case number *(if known)* __2:26-bk-10238__
               First Name          Middle Name          Last Name

| | Additional Page to List More Codebtors |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.3 | **Lily Yang** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line ___**4.4**___ |
| | **305 N Chandler Ave** | ☐ Schedule G, line _____ |
| | Number            Street | |
| | **Monterey Park, CA 91754-1505** | |
| | City            State            ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number **2:26-bk-10238**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | | **N/A** |
| Occupation may include student or homemaker, if it applies. | Employer's name | | |
| | Employer's address | | |
| | | Number    Street | Number    Street |
| | | | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | How long employed there? | | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | **$0.00** | |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | + |
| 4. | Calculate gross income. Add line 2 + line 3. | **$0.00** | |

Debtor 1    **David**          **Kenji Yakura**          **Pentland**          Case number *(if known)*  __2:26-bk-10238__
      First Name            Middle Name          Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................➔ | 4. | $0.00 | |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | |
| 5e. **Insurance** | 5e. | $0.00 | |
| 5f. **Domestic support obligations** | 5f. | $0.00 | |
| 5g. **Union dues** | 5g. | $0.00 | |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $3,000.00 | |
| 8b. **Interest and dividends** | 8b. | $0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | |
| 8d. **Unemployment compensation** | 8d. | $0.00 | |
| 8e. **Social Security** | 8e. | $0.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | |
| 8g. **Pension or retirement income** | 8g. | $0.00 | |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $3,000.00 | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,000.00 | + = $3,000.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +    $0.00

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | **$3,000.00** |
|---|---|---|---|
| | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❏ Yes. Explain:

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* | **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.   Gross Monthly Income:       **$3,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.   Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

       TOTAL PAYMENTS TO SECURED CREDITORS       **$0.00**

   3.   Other Expenses

       TOTAL OTHER EXPENSES       **$0.00**

   4.   TOTAL MONTHLY EXPENSES (Add item 2 - 21)       **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

   5.   AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)       **$3,000.00**

**Fill in this information to identify your case:**

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Central District of California**

Case number    **2:26-bk-10238**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. | **$1,400.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes    4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance    4b. | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses    4c. | **$50.00** |
| 4d. | Homeowner's association or condominium dues    4d. | **$0.00** |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $0.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $180.00 |
| | 6d.  Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $450.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $20.00 |
| 10. | **Personal care products and services** | 10. | $20.00 |
| 11. | **Medical and dental expenses** | 11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $342.69 |
| | 15c. Vehicle insurance | 15c. | $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____

21.  +  _____ **$0.00**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.

   22a.  _____ **$2,862.69**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

   22b.  _____ **$0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.

   22c.  _____ **$2,862.69**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I.*

   23a.  _____ **$3,000.00**

   23b. Copy your monthly expenses from line 22c above.

   23b.  −  _____ **$2,862.69**

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*

   23c.  _____ **$137.31**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **2:26-bk-10238** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  **David Kenji Yakura Pentland**
David Kenji Yakura Pentland, Debtor 1

Date **01/23/2026**
MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **2:26-bk-10238** | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | **$700.00** | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For last calendar year:** <br> (January 1 to December 31, **2025** ) <br> YYYY | ☑ Wages, commissions, bonuses, tips <br> ☐ Operating a business | **$17,200.00** | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2024** ) <br> YYYY | ☑ Wages, commissions, bonuses, tips <br> ☑ Operating a business | **$0.00** <br> **$0.00** | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** <br> (January 1 to December 31, **2025** ) <br> YYYY | | | | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2024** ) <br> YYYY | | | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ Number      Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ City        State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number      Street | _____ | | | |
| _____ | _____ | | | |
| _____ City        State    ZIP Code | | | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City        State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **R8S Entertainment v. Fluffnest et al.**<br><br>Case number **25STCV14372** | **Breach of Contract, Fraud, and Unjust Enrichment** | **Los Angeles Superior Court**<br>Court Name<br><br>Number    Street<br><br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Blade Funding Corp. v. Fluffnest, Inc. et al**<br><br>Case number **614803-2024** | **Beach of Contract, Breach of Personal Guaranty** | **Supreme Court of New York**<br>Court Name<br><br>Number    Street<br><br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Funding Futures v. Fluffnest, Inc. et al.**<br><br>Case number **515733-2025** | **Breach of Contract, Personal Guarantee** | **Supreme Court of New York**<br>Court Name<br><br>Number    Street<br><br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1     **David**     **Kenji Yakura**     **Pentland**        Case number *(if known)* **2:26-bk-10238**

First Name       Middle Name       Last Name

---

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

_____
Creditor's Name

_____
Number    Street

| Explain what happened |
|---|

☐ Property was repossessed.

☐ Property was foreclosed.

_____

☐ Property was garnished.

_____
City      State    ZIP Code

☐ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

_____
Creditor's Name

_____
Number    Street

_____
City      State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

---

Debtor 1    **David**          **Kenji Yakura**        **Pentland**                    Case number *(if known)* **2:26-bk-10238**

     First Name          Middle Name          Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Person to Whom You Gave the Gift

_____

Number    Street

_____

City                    State    ZIP Code

Person's relationship to you _____

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

Charity's Name

_____

Number    Street

_____

City                    State    ZIP Code

---

**Part 6:**   List Certain Losses

---

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Pagter and Perry Isaacson** <br> Person Who Was Paid | **Attorney's Fee;** | | |
| **1851 East First Street Suite 700** <br> Number    Street | | **07/23/2025** | **$7,363.00** |
| | | **7/31/2025** | **$18,000.00** |
| **Santa Ana, CA 92705** <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| **Brian Pentland and Elaine Yakura** <br> Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Urgent Credit Counseling** <br> Person Who Was Paid | **Credit Counseling** | | |
| <br> Number    Street | | **01/08/2026** | **$24.00** |
| <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MPI Law, P.C./Salvato Boufadel, LLP** <br> Person Who Was Paid | **Attorney's Fee & Costs Transferred from Pagter and Perry Isaacson Trust Account** | | |
| **505 N Tustin Ave Ste 282** <br> Number    Street | | **12/08/2025** | **$20,593.00** |
| **Santa Ana, CA 92705** <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| **Pagter and Perry Isaacson** <br> Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* _2:26-bk-10238_ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | _____ | _____ |
| _____ Number    Street | | _____ | _____ |
| _____ | | | |
| _____ City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **MSU Federal Credit Union**<br>Name of Financial Institution<br><br>**3777 West Road**<br>Number   Street<br><br><br>**East Lansing, MI 48823-8029**<br>City        State    ZIP Code | **XXXX– 9  8  2  4** | ☑ Checking<br>☒ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **08/2025** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City        State    ZIP Code | _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City        State    ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **David**         **Kenji Yakura**      **Pentland**                    Case number *(if known)* **2:26-bk-10238**
_____
First Name        Middle Name        Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No<br>☐ Yes |
| **Number    Street** | **Number    Street** | | |
| | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number    Street** | | |
| **Number    Street** | | | |
| | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **David        Kenji Yakura      Pentland**                    Case number *(if known)* **2:26-bk-10238**
_____
First Name        Middle Name          Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number   Street** | **Number   Street** | | |
| | **City        State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number   Street** | **Number   Street** | | |
| | **City        State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number   Street** | | ☐ Concluded |
| **Case number** | **City        State    ZIP Code** | | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* | **2:26-bk-10238** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Fluffnest Games, Inc.** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Software Development** | EIN: _8_ _8_ – _3_ _5_ _4_ _2_ _8_ _7_ _2_ |
| **305 N Chandler Ave** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | **Aprio Advisory Group, LLC** | From _07/22/2022_  To _present_ |
| **Monterey Park, CA 91754-1505** | | |
| City          State     ZIP Code | | |
| **Fluffnest, Inc.** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Name | **Toys** | EIN: _8_ _5_ – _2_ _9_ _4_ _7_ _7_ _9_ _0_ |
| **305 N Chandler Ave** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | **Arpio Advisory Group, LLC** | From _2020_    To _present_ |
| **Monterey Park, CA 91754-1505** | | |
| City          State     ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number     Street | |
| City          State     ZIP Code | |

| Debtor 1 | **David** | **Kenji Yakura** | **Pentland** | Case number *(if known)* **2:26-bk-10238** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ David Kenji Yakura Pentland**

Signature of David Kenji Yakura Pentland, Debtor 1

Date  **01/23/2026**

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Central District of California

**In re**    Pentland, David Kenji Yakura

Case No. ___**2:26-bk-10238**___

**Debtor**

Chapter ___**7**___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................... _____

Prior to the filing of this statement I have received ............................................................. _____

Balance Due ......................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................... **$25,363.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................ **$500.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    ___**$313.00**___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)    **Brian Pentland and Elaine Yakura**_____

4.    The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify)    **Brian Pentland and Elaine Yakura**_____

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/25)

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __01/23/2026__ | __/s/ Misty Perry Isaacson__ |
|---|---|
| *Date* | Misty Perry Isaacson |
| | *Signature of Attorney* |

Bar Number: 193204
MPI Law, P.C.
505 N Tustin Ave Ste 282
Santa Ana, CA 92705
Phone: (714) 541-6072 x2

__MPI Law, P.C.__
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Misty Perry Isaacson<br>Bar Number: 193204<br>MPI Law, P.C.<br>505 N Tustin Ave Ste 282<br>Santa Ana, CA 92705<br>Phone: (714) 541-6072 x2<br>Email: Misty@mpilawfirm.com | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>David Kenji Yakura Pentland<br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.:    **2:26-bk-10238**<br>CHAPTER: 7<br><br>## DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE<br><br>[LBR 2090-1(a)(3)] |
|---|---|

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

   a.  I am the attorney for the Debtor.

   b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

       i.  For legal services, I have agreed to accept ☑ an hourly rate of ___**$500.00**___; or a ☐ flat fee of _____

       ii.  ☑ Prior to filing this disclosure I received ___**$0.00**___

       iii.  ☑ The balance due is ___**$0.00**___

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a.  **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

       ☐ Debtor(s)    ☑ Other (*specify*): **Brian Pentland and Elaine Yakura**

   b.  **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

       ☐ Debtor(s)    ☑ Other (*specify*): **Brian Pentland and Elaine Yakura**

3. **Sharing of Compensation Paid Postpetition.**

   ☑ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

4. **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

    a. **Services required to be provided:**

        i. Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

        ii. Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

        iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

    b. ☐ **Additional legal services I will provide:**

        i. ☐ Any proceeding related to relief from stay motions.

        ii. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

        iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

        iv. ☐ Reaffirmation of a debt.

        v. ☐ Any lien avoidance under 11 U.S.C. § 522(f)

        vi. ☐ Other *(specify)*:

5. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

      I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date:   __01/23/2026__                **/s/ Misty Perry Isaacson**
                                    *Signature of attorney for the Debtor*

                                    **Misty Perry Isaacson**
                                    *Printed name of attorney*

                                    **MPI Law, P.C.**
                                    *Printed name of law firm*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF THE DEBTOR

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date: __01/23/2026__                                         Date: _____

_/s/ David Konji Yakura Pentland_                    **SIGN HERE**

Signature of Debtor 1                               Signature of Debtor 2 (Joint Debtor)(if applicable)

**David Konji Yakura Pentland**

Printed name of Debtor 1                             Printed name of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                            Page 3                            F 2090-1.CH7.ATTY.COMP.DISCLSR